COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Alan Nelson Crotts v. The State of Texas

Appellate case number:    01-18-00666-CR

Trial court case number:   13-CCR-165781

Trial court:              County Court at Law No. 3 of Fort Bend County

Appellant, Alan Nelson Crotts, has filed a notice of appeal of the trial court's "effective denial" of a motion for evidentiary hearing on his application for a writ of habeas corpus. *See* TEX. R. APP. P. 25.2(b), 27.1(b). The reporter's record filed in this appeal reflects that, on March 23, 2018, the trial court denied appellant's application. On November 15, 2018, we abated the appeal and remanded the case to the trial court for appellant to obtain a signed, written order denying his application for a writ of habeas corpus and for the trial court to enter written findings of fact and conclusions of law, if appropriate, and execute a certification of appellant's right to appeal.

On November 30, 2018, the trial court clerk filed a supplemental clerk's record that included a signed order denying appellant's application for a writ of habeas corpus. However, the supplemental clerk's record does not include findings of fact and conclusions of law or a certification of appellant's right to appeal the order denying the application for a writ of habeas corpus. **Accordingly, we direct the trial court to immediately**:

1. enter written findings of fact and conclusions of law in compliance with Texas Code of Criminal Procedure article 11.072, section 7(a); and

2. execute a certification of appellant's right of appeal that complies with Texas Rule of Appellate Procedure 25.2(d) and indicates whether appellant has the right to appeal the order denying his application for a writ of habeas corpus signed on November 28, 2018.

The trial court clerk is directed to file a supplemental clerk's record containing (1) a certification of appellant's right of appeal as to the denial of his application for a writ of habeas corpus, and (2) the trial court's findings of fact and conclusions of law in

conjunction with the denial of appellant's application for a writ of habeas corpus. The supplemental clerk's record shall be filed with this Court no later than 30 days from the date of this order. *See* TEX. R. APP. P. 34.5(c) (2).

The appeal remains abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: ___/s/ Terry Jennings_____
            ☑ Acting individually    ☐ Acting for the Court

Date: ___December 11, 2018___